## NATIONAL MARITIME SERVICES

1915 SOUTHWEST 21ST AVENUE
FORT LAUDERDALE, FLORIDA 33312
TELEPHONE: (954) 990-1290

BILL TO:
SEACOR MARINE, LLC
TRILLIUM MARINE
SUNCOAST ELECTRONICS AND MARINE

CASE NUMBER: 8:14-cv-00114-JDW-TBM
CUSTODY PERIOD: 1/17/14-6/30/14
TYPE OF VESSEL: Military
SIZE: 72'
VESSEL NAME: FPC 70 SEA STRIKER
STOCK NUMBER: 32547

| Date | Description | EST | Units | Unit cost | Amount | Handling Fees | Total |
|---|---|---|---|---|---|---|---|
| 1/17/2014 | Mobilization fee | | 1 | $ 3,250.00 | $ 3,250.00 | | $ 3,250.00 |
| 1/17/2014 | Liability insurance | | 1 | $ 520.00 | $ 520.00 | | $ 520.00 |
| 1/17/14-1/31/14 | Watchman | | 15 | $ 425.00 | $ 6,375.00 | | $ 6,375.00 |
| 1/17/14-1/31/14 | Watchman per diem | | 15 | $ 40.00 | $ 600.00 | | $ 600.00 |
| 1/17/14-1/31/14 | Daily custody fee | | 15 | $ 200.00 | $ 3,000.00 | | $ 3,000.00 |
| 1/27/2014 | Hull coverage, $6mm value, January & February | | 1 | $ 9,000.00 | $ 9,000.00 | | $ 9,000.00 |
| | JANUARY SUBTOTAL | | | | | | $ 22,745.00 |
| 2/01/14-2/03/14 | Watchman | | 3 | $ 425.00 | $ 1,275.00 | | $ 1,275.00 |
| 2/01/14-2/03/14 | Watchman per diem | | 3 | $ 40.00 | $ 120.00 | | $ 120.00 |
| 2/01/14-2/28/14 | Daily custody fee | | 28 | $ 200.00 | $ 5,600.00 | | $ 5,600.00 |
| 2/3/2014 | Captain and crew to relocate vessel to St. Petersburg | | 1 | $ 806.11 | $ 806.11 | $ 120.92 | $ 927.03 |
| 2/04/14-2/28/14 | Vessel storage | | 28 | $ 70.00 | $ 1,960.00 | | $ 1,960.00 |
| | FEBRUARY SUBTOTAL | | | | | | $ 9,882.03 |
| 3/1/2014-3/31/14 | Vessel storage | | 31 | $ 70.00 | $ 2,170.00 | | $ 2,170.00 |
| 3/1/2014 | Hull coverage, $6mm value | | 1 | $ 9,000.00 | $ 9,000.00 | | $ 9,000.00 |
| 3/01/14-3/31/14 | Daily custody fee | | 31 | $ 200.00 | $ 6,200.00 | | $ 6,200.00 |
| 3/14/2014 | Vessel wash | | 1 | $ 100.00 | $ 100.00 | $ 15.00 | $ 115.00 |
| 3/14/2014 | Diver to clean bottom and drives | | 1 | $ 150.00 | $ 150.00 | $ 22.50 | $ 172.50 |
| 3/14/2014 | Routine equipment starts | | 1 | $ 200.00 | $ 200.00 | $ 30.00 | $ 230.00 |
| | MARCH SUBTOTAL | | | | | | $ 17,887.50 |
| 4/01/14-4/30/14 | Vessel storage | | 30 | $ 70.00 | $ 2,100.00 | | $ 2,100.00 |
| 4/1/2014 | Hull coverage, $6mm value | | 1 | $ 9,000.00 | $ 9,000.00 | | $ 9,000.00 |
| 4/01/14-4/30/14 | Daily custody fee | | 30 | $ 200.00 | $ 6,000.00 | | $ 6,000.00 |
| 4/1/2014 | Diver to remove zincs and replace with new | | 1 | $ 400.00 | $ 400.00 | $ 60.00 | $ 460.00 |
| 4/14/2014 | Vessel wash | | 1 | $ 100.00 | $ 100.00 | $ 15.00 | $ 115.00 |
| 4/14/2014 | Diver to clean bottom and drives | | 1 | $ 150.00 | $ 150.00 | $ 22.50 | $ 172.50 |
| 4/14/2014 | Routine equipment starts | | 1 | $ 200.00 | $ 200.00 | $ 30.00 | $ 230.00 |
| | APRIL SUBTOTAL | | | | | | $ 18,077.50 |
| 5/01/14-5/31/14 | Vessel storage | | 31 | $ 70.00 | $ 2,170.00 | | $ 2,170.00 |
| 5/1/2014 | Hull coverage, $6mm value | | 1 | $ 9,000.00 | $ 9,000.00 | | $ 9,000.00 |
| 5/01/14-5/31/14 | Daily custody fee | | 31 | $ 200.00 | $ 6,200.00 | | $ 6,200.00 |
| 5/14/2014 | Vessel wash | | 1 | $ 100.00 | $ 100.00 | $ 15.00 | $ 115.00 |
| 5/14/2014 | Diver to clean bottom and drives | | 1 | $ 150.00 | $ 150.00 | $ 22.50 | $ 172.50 |
| 5/14/2014 | Routine equipment starts | | 1 | $ 200.00 | $ 200.00 | $ 30.00 | $ 230.00 |
| | MAY SUBTOTAL | | | | | | $ 17,887.50 |
| 6/01/14-6/30/14 | Vessel storage | | 30 | $ 70.00 | $ 2,100.00 | | $ 2,100.00 |
| 6/1/2014 | Hull coverage, $6mm value | | 1 | $ 9,000.00 | $ 9,000.00 | | $ 9,000.00 |
| 6/01/14-6/30/14 | Daily custody fee | | 30 | $ 200.00 | $ 6,000.00 | | $ 6,000.00 |
| 6/1/2014 | Vessel wash | | 1 | $ 100.00 | $ 100.00 | $ 15.00 | $ 115.00 |
| 6/1/2014 | Diver to clean bottom and drives | | 1 | $ 150.00 | $ 150.00 | $ 22.50 | $ 172.50 |
| 6/17/2014 | Routine equipment starts | | 1 | $ 200.00 | $ 200.00 | $ 30.00 | $ 230.00 |

Revised 7/7/2014



EXHIBIT A



### NATIONAL MARITIME SERVICES
1915 SOUTHWEST 21ST AVENUE
FORT LAUDERDALE, FLORIDA 33312
TELEPHONE: (954) 990-1290

BILL TO:
SEACOR MARINE, LLC
TRILLIUM MARINE
SUNCOAST ELECTRONICS AND MARINE

CASE NUMBER: 8:14-cv-00114-JDW-TBM
CUSTODY PERIOD: 1/17/14-6/30/14
TYPE OF VESSEL: Military
SIZE: 72'
VESSEL NAME: FPC 70 SEA STRIKER
STOCK NUMBER: 32547

| | | | | |
|---|---|---|---|---|
| JUNE SUBTOTAL | | | | $ 17,617.50 |
| TOTAL | | | | $ 104,097.03 |
| **SEACOR 51.3%** | | | | |
| PAYMENTS | | | | |
| 1/29/2014 | Payment by Hamilton, Miller & Birthisel, LLP | | $ (5,000.00) | $ (5,000.00) |
| 4/17/2014 | Payment by Hamilton, Miller & Birthisel, LLP | | $ (2,095.00) | $ (2,095.00) |
| 5/2/2014 | Payment by Hamilton, Miller & Birthisel, LLP | | $ (18,818.95) | $ (18,818.95) |
| BALANCE DUE | | | | $ 27,487.82 |
| **Trillium Marine 33.3%** | | | | |
| PAYMENTS | | | | |
| 4/30/2014 | Midwest Construction | | $ (16,821.34) | $ (16,821.34) |
| BALANCE DUE | | | | $ 17,842.97 |
| **Sun coast 15.4%** | | | | |
| PAYMENTS | | | | $ - |
| BALANCE DUE | | | | $ 16,030.94 |

Revised 7/7/2014