# NATIONAL MARITIME SERVICES



1915 SOUTHWEST 21ST AVENUE
FORT LAUDERDALE, FLORIDA 33312
TELEPHONE: (954) 990-1290

## CHARGES THROUGH JANUARY 15, 2015

BILL TO:
SEACOR MARINE, LLC
MIDWEST CONSTRUCTION SERVICES, INC. dba TRILLIUM MARINE
SUNCOAST ELECTRONICS AND SUPPLY, INC.
RIVERHAWK MARINE, LLC

CASE NUMBER: 8:14-cv-00114-JDW-TBM
CUSTODY PERIOD: 1/17/14-1/15/15
TYPE OF VESSEL: Military
SIZE: 72'
VESSEL NAME: FPC 70 SEA STRIKER
STOCK NUMBER: 32547

| Date | Description | EST | Units | Unit cost | Amount | Handling Fees | Total |
|---|---|---|---|---|---|---|---|
| 1/17/2014 | Mobilization fee | | 1 | $ 3,250.00 | $ 3,250.00 | | $ 3,250.00 |
| 1/17/2014 | Liability insurance | | 1 | $ 520.00 | $ 520.00 | | $ 520.00 |
| 1/17/14-1/31/14 | Watchman | | 15 | $ 425.00 | $ 6,375.00 | | $ 6,375.00 |
| 1/17/14-1/31/14 | Watchman per diem | | 15 | $ 40.00 | $ 600.00 | | $ 600.00 |
| 1/17/14-1/31/14 | Daily custody fee | | 15 | $ 200.00 | $ 3,000.00 | | $ 3,000.00 |
| 1/27/2014 | Hull coverage, $6mm value, January & February | | 1 | $ 9,000.00 | $ 9,000.00 | | $ 9,000.00 |
| | JANUARY SUBTOTAL | | | | | | $ 22,745.00 |
| 2/01/14-2/03/14 | Watchman | | 3 | $ 425.00 | $ 1,275.00 | | $ 1,275.00 |
| 2/01/14-2/03/14 | Watchman per diem | | 3 | $ 40.00 | $ 120.00 | | $ 120.00 |
| 2/01/14-2/28/14 | Daily custody fee | | 28 | $ 200.00 | $ 5,600.00 | | $ 5,600.00 |
| 2/3/2014 | Captain and crew to relocate vessel to St. Petersburg | | 1 | $ 806.11 | $ 806.11 | $ 120.92 | $ 927.03 |
| 2/04/14-2/28/14 | Vessel storage | | 25 | $ 70.00 | $ 1,750.00 | | $ 1,750.00 |
| | FEBRUARY SUBTOTAL | | | | | | $ 9,672.03 |
| 3/1/2014-3/31/14 | Vessel storage | | 31 | $ 70.00 | $ 2,170.00 | | $ 2,170.00 |
| 3/1/2014 | Hull coverage, $6mm value | | 1 | $ 9,000.00 | $ 9,000.00 | | $ 9,000.00 |
| 3/01/14-3/31/14 | Daily custody fee | | 31 | $ 200.00 | $ 6,200.00 | | $ 6,200.00 |
| 3/14/2014 | Vessel wash | | 1 | $ 100.00 | $ 100.00 | $ 15.00 | $ 115.00 |
| 3/14/2014 | Diver to clean bottom and drives | | 1 | $ 150.00 | $ 150.00 | $ 22.50 | $ 172.50 |
| 3/14/2014 | Routine equipment starts | | 1 | $ 200.00 | $ 200.00 | $ 30.00 | $ 230.00 |
| | MARCH SUBTOTAL | | | | | | $ 17,887.50 |
| 4/01/14-4/30/14 | Vessel storage | | 30 | $ 70.00 | $ 2,100.00 | | $ 2,100.00 |
| 4/1/2014 | Hull coverage, $6mm value | | 1 | $ 9,000.00 | $ 9,000.00 | | $ 9,000.00 |
| 4/01/14-4/30/14 | Daily custody fee | | 30 | $ 200.00 | $ 6,000.00 | | $ 6,000.00 |
| 4/1/2014 | Diver to remove zincs and replace with new | | 1 | $ 400.00 | $ 400.00 | $ 60.00 | $ 460.00 |
| 4/14/2014 | Vessel wash | | 1 | $ 100.00 | $ 100.00 | $ 15.00 | $ 115.00 |
| 4/14/2014 | Diver to clean bottom and drives | | 1 | $ 150.00 | $ 150.00 | $ 22.50 | $ 172.50 |
| 4/14/2014 | Routine equipment starts | | 1 | $ 200.00 | $ 200.00 | $ 30.00 | $ 230.00 |
| | APRIL SUBTOTAL | | | | | | $ 18,077.50 |
| 5/01/14-5/31/14 | Vessel storage | | 31 | $ 70.00 | $ 2,170.00 | | $ 2,170.00 |
| 5/1/2014 | Hull coverage, $6mm value | | 1 | $ 9,000.00 | $ 9,000.00 | | $ 9,000.00 |
| 5/01/14-5/31/14 | Daily custody fee | | 31 | $ 200.00 | $ 6,200.00 | | $ 6,200.00 |
| 5/14/2014 | Vessel wash | | 1 | $ 100.00 | $ 100.00 | $ 15.00 | $ 115.00 |
| 5/14/2014 | Diver to clean bottom and drives | | 1 | $ 150.00 | $ 150.00 | $ 22.50 | $ 172.50 |
| 5/14/2014 | Routine equipment starts | | 1 | $ 200.00 | $ 200.00 | $ 30.00 | $ 230.00 |
| | MAY SUBTOTAL | | | | | | $ 17,887.50 |
| 6/01/14-6/30/14 | Vessel storage | | 30 | $ 70.00 | $ 2,100.00 | | $ 2,100.00 |
| 6/1/2014 | Hull coverage, $6mm value | | 1 | $ 9,000.00 | $ 9,000.00 | | $ 9,000.00 |
| 6/01/14-6/30/14 | Daily custody fee | | 30 | $ 200.00 | $ 6,000.00 | | $ 6,000.00 |

# NATIONAL MARITIME SERVICES

1915 SOUTHWEST 21ST AVENUE
FORT LAUDERDALE, FLORIDA 33312
TELEPHONE: (954) 990-1290



## CHARGES THROUGH JANUARY 15, 2015

BILL TO:
SEACOR MARINE, LLC
MIDWEST CONSTRUCTION SERVICES, INC. dba TRILLIUM MARINE
SUNCOAST ELECTRONICS AND SUPPLY, INC.
RIVERHAWK MARINE, LLC

CASE NUMBER: 8:14-cv-00114-JDW-TBM
CUSTODY PERIOD: 1/17/14-1/15/15
TYPE OF VESSEL: Military
SIZE: 72'
VESSEL NAME: FPC 70 SEA STRIKER
STOCK NUMBER: 32547

| Date | Description | Qty | | Rate | | Amount |
|---|---|---|---|---|---|---|
| 6/1/2014 | Vessel wash | 1 | $ | 100.00 | $ | 115.00 |
| 6/1/2014 | Diver to clean bottom and drives | 1 | $ | 150.00 | $ | 172.50 |
| 6/17/2014 | Routine equipment starts | 1 | $ | 200.00 | $ | 230.00 |
| | JUNE SUBTOTAL | | | | $ | 17,617.50 |
| 7/01/014-7/31/14 | Vessel storage | 31 | $ | 70.00 | $ | 2,170.00 |
| 7/1/2014 | Hull coverage, $6mm value | 1 | $ | 9,000.00 | $ | 9,000.00 |
| 2/17/14-7/17/14 | Custodian liability insurance | 6 | $ | 520.00 | $ | 3,120.00 |
| 7/1/2014-7/31/14 | Daily custody fee | 31 | $ | 200.00 | $ | 6,200.00 |
| 7/1/2014 | Vessel wash | 1 | $ | 100.00 | $ | 115.00 |
| 7/1/2014 | Diver to clean bottom and drives | 1 | $ | 150.00 | $ | 172.50 |
| 7/16/2014 | Diver to clean bottom and drives | 1 | $ | 150.00 | $ | 172.50 |
| 7/16/2014 | Routine equipment starts | 1 | $ | 200.00 | $ | 230.00 |
| | JULY SUBTOTAL | | | | $ | 21,180.00 |
| 8/01/14-8/31/14 | Vessel storage | 31 | $ | 70.00 | $ | 2,170.00 |
| 8/1/2014 | Hull coverage, $6mm value | 1 | $ | 9,000.00 | $ | 9,000.00 |
| 8/17/2014 | Custodian liability insurance | 1 | $ | 520.00 | $ | 520.00 |
| 8/01/14-8/31/14 | Daily custody fee | 31 | $ | 200.00 | $ | 6,200.00 |
| 8/1/2014 | Vessel wash | 1 | $ | 100.00 | $ | 115.00 |
| 8/1/2014 | Diver to clean bottom and drives | 1 | $ | 150.00 | $ | 172.50 |
| 8/16/2014 | Diver to clean bottom and drives | 1 | $ | 150.00 | $ | 172.50 |
| 8/16/2014 | Routine equipment starts | 1 | $ | 200.00 | $ | 230.00 |
| | AUGUST SUBTOTAL | | | | $ | 18,580.00 |
| 9/01/14-9/30/14 | Vessel storage | 30 | $ | 70.00 | $ | 2,100.00 |
| 9/1/2014 | Hull coverage, $1mm value | 1 | $ | 1,500.00 | $ | 1,500.00 |
| 9/17/2014 | Custodian liability insurance | 1 | $ | 520.00 | $ | 520.00 |
| 9/01/14-9/30/14 | Daily custody fee | 30 | $ | 200.00 | $ | 6,000.00 |
| 9/1/2014 | Vessel wash | 1 | $ | 100.00 | $ | 115.00 |
| 9/1/2014 | Diver to clean bottom and drives | 1 | $ | 150.00 | $ | 172.50 |
| 9/16/2014 | Diver to clean bottom and drives | 1 | $ | 150.00 | $ | 172.50 |
| 9/16/2014 | Routine equipment starts | 1 | $ | 200.00 | $ | 230.00 |
| | SEPTEMBER SUBTOTAL | | | | $ | 10,810.00 |
| 10/01/14-10/31/14 | Vessel storage | 31 | $ | 70.00 | $ | 2,170.00 |
| 10/1/2014 | Hull coverage, $1mm value | 1 | $ | 1,500.00 | $ | 1,500.00 |
| 10/7/2014 | Custodian liability insurance | 1 | $ | 520.00 | $ | 520.00 |
| 10/01/14-10/31/14 | Daily custody fee | 31 | $ | 200.00 | $ | 6,200.00 |
| 10/1/2014 | Vessel wash | 1 | $ | 100.00 | $ | 115.00 |
| 10/1/2014 | Diver to clean bottom and drives | 1 | $ | 150.00 | $ | 172.50 |
| 10/16/2014 | Diver to clean bottom and drives | 1 | $ | 150.00 | $ | 172.50 |
| 10/16/2014 | Routine equipment starts | 1 | $ | 200.00 | $ | 230.00 |

## NATIONAL MARITIME SERVICES
1915 SOUTHWEST 21ST AVENUE
FORT LAUDERDALE, FLORIDA 33312
TELEPHONE: (954) 990-1290

## CHARGES THROUGH JANUARY 15, 2015

BILL TO:
SEACOR MARINE, LLC
MIDWEST CONSTRUCTION SERVICES, INC. dba TRILLIUM MARINE
SUNCOAST ELECTRONICS AND SUPPLY, INC.
RIVERHAWK MARINE, LLC

CASE NUMBER: 8:14-cv-00114-JDW-TBM
CUSTODY PERIOD: 1/17/14-1/15/15
TYPE OF VESSEL: Military
SIZE: 72'
VESSEL NAME: FPC 70 SEA STRIKER
STOCK NUMBER: 32547

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 11/01/14-11/30/14 | Vessel storage | 30 | $70.00 | $2,100.00 |
| 11/1/2014 | Hull coverage, $1mm value | 1 | $1,500.00 | $1,500.00 |
| 11/17/2014 | Custodian liability insurance | 1 | $520.00 | $520.00 |
| 11/01/14-11/30/14 | Daily custody fee | 30 | $200.00 | $6,000.00 |
| 11/1/2014 | Vessel wash | 1 | $100.00 | $100.00 |
| 11/1/2014 | Diver to clean bottom and drives | 1 | $150.00 | $150.00 |
| 11/16/2014 | Diver to clean bottom and drives | 1 | $150.00 | $150.00 |
| 11/16/2014 | Routine equipment starts | 1 | $200.00 | $200.00 |
| | | | 15.00 | 115.00 |
| | | | 22.50 | 172.50 |
| | | | 22.50 | 172.50 |
| | | | 30.00 | 230.00 |
| | OCTOBER SUBTOTAL | | | $11,080.00 |
| | NOVEMBER SUBTOTAL | | | $10,810.00 |
| 12/1/14-12/31/14 | Vessel storage | 31 | $70.00 | $2,170.00 |
| 12/1/2014 | Hull coverage, $1mm value | 1 | $1,500.00 | $1,500.00 |
| 12/17/2014 | Custodian liability insurance | 1 | $520.00 | $520.00 |
| 12/1/14-12/31/14 | Daily custody fee | 31 | $200.00 | $6,200.00 |
| 12/1/2014 | Vessel wash | 1 | $100.00 | $100.00 |
| 12/1/2014 | Diver to clean bottom and drives | 1 | $150.00 | $150.00 |
| 12/15/2014 | Diver to clean bottom and drives | 1 | $150.00 | $150.00 |
| 12/15/2014 | Routine equipment starts | 1 | $200.00 | $200.00 |
| | | | 15.00 | 115.00 |
| | | | 22.50 | 172.50 |
| | | | 22.50 | 172.50 |
| | | | 30.00 | 230.00 |
| | DECEMBER SUBTOTAL | | | $11,080.00 |
| 1/01/15-1/15/15 | Vessel storage | 15 | $70.00 | $1,050.00 |
| 1/1/2015 | Hull coverage, $1mm value | 1 | $1,500.00 | $1,500.00 |
| 1/01/15-1/15/15 | Daily custody fee | 15 | $200.00 | $3,000.00 |
| 1/2/2015 | Vessel wash | 1 | $100.00 | $100.00 |
| 1/2/2015 | Diver to clean bottom and drives | 1 | $150.00 | $150.00 |
| 1/14/2015 | Diver to clean bottom and drives | 1 | $150.00 | $150.00 |
| 1/14/2015 | Routine equipment starts | 1 | $200.00 | $200.00 |
| | | | 15.00 | 115.00 |
| | | | 22.50 | 172.50 |
| | | | 22.50 | 172.50 |
| | | | 30.00 | 230.00 |
| | JANUARY SUBTOTAL | | | $6,240.00 |
| | **TOTAL CHARGES** | | | **$ 193,667.03** ✱ |

| | | | | | |
|---|---|---|---|---|---|
| **RHM ALLOCATION** | | | | 61.73% | $ 119,550.66 |
| PAYMENTS RECEIVED | | | | | $ - |
| **DUE FROM RHM** | | | | | $ 119,550.66 |

| | | | | | |
|---|---|---|---|---|---|
| **SEACOR ALLOCATION** | | | | 19.63% | $ 38,016.84 |
| PAYMENTS RECEIVED | | | | | |
| 1/29/2014 | Payment by Hamilton, Miller & Birthisel, LLP | 1 | $(5,000.00) | $(5,000.00) | $(5,000.00) |
| 4/17/2014 | Payment by Hamilton, Miller & Birthisel, LLP | 1 | $(2,095.00) | $(2,095.00) | $(2,095.00) |
| 5/2/2014 | Payment by Hamilton, Miller & Birthisel, LLP | 1 | $(19,818.95) | $(19,818.95) | $(19,818.95) |

# NATIONAL MARITIME SERVICES

1915 SOUTHWEST 21st AVENUE
FORT LAUDERDALE, FLORIDA 33312
TELEPHONE: (954) 990-1290

## CHARGES THROUGH JANUARY 15, 2015

BILL TO:
SEACOR MARINE, LLC
MIDWEST CONSTRUCTION SERVICES, INC. dba TRILLIUM MARINE
SUNCOAST ELECTRONICS AND SUPPLY, INC.
RIVERHAWK MARINE, LLC

CASE NUMBER: 8:14-cv-00114-JDW-TBM
CUSTODY PERIOD: 1/17/14-1/15/15
TYPE OF VESSEL: Military
SIZE: 72'
VESSEL NAME: FPC 70 SEA STRIKER
STOCK NUMBER: 32547

| Date | Description | | Qty | | Amount | | Total |
|---|---|---|---|---|---|---|---|
| 9/19/2014 | Payment by Hamilton, Miller & Birthisel, LLP | | 1 | $ | (46,884.70) | $ | (46,884.70) |
| **DUE TO SEACOR** | | | | | | $ | (46,884.70) |
| **TRILLIUM ALLOCATION** | | | | | | | |
| PAYMENTS RECEIVED | | | | | | 12.77% | $ 24,731.28 |
| 4/30/2014 | Midwest Construction | | | $ | (16,821.34) | $ | (16,821.34) |
| 10/17/2014 | Midwest Construction | | | $ | (34,682.78) | $ | (34,682.78) |
| **DUE FROM TRILLIUM** | | | | | | $ | (26,772.84) |
| **SUNCOAST ALLOCATION** | | | | | | 5.88% | $ 11,387.62 |
| PAYMENTS RECEIVED | | | | | | $ | - |
| **DUE FROM SUNCOAST** | | | | | | $ | 11,383.75 |
| **TOTAL DUE** | | | | | | $ | 68,379.75 |